UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANTHONY CAESAR,**

    **Petitioner,**

v.                                          Case No.  4:23-cv-77-TKW-ZCB

**RICKY D. DIXON,**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12) and Petitioner's objections (Doc. 15).  The Court reviewed the issues raised in the objections under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's well-reasoned determination that Petitioner's §2254 habeas petition should be denied.  The Court also agrees that a certificate of appealability should be denied.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's habeas petition is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 19th day of September, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**